# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

## NO. 5:19-CR-374-1FL

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **ORDER** |
| **QUENTIN OBRIAN DAVIS** | |

Upon consideration of the Second Amended Motion for Revocation [D.E. 48], Quentin Obrian Davis's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a revocation sentence of 24 months' imprisonment, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

The Government declined to proceed on Violations 3–5, so those are dismissed. Based on Davis's admissions to Violations 1 and 2 and the Government's uncontested factual proffer as to Violations 6 and 7, the Court finds as a fact that he has violated the terms and conditions of the judgment as follows:

Violation 1: Using a controlled substance
Violation 2: Failure to participate as directed in treatment
Violation 6: Criminal conduct
Violation 7: Criminal conduct

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months, with no supervision to follow

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 15th day of _____ June _____, 2026.

_____
LOUISE W. FLANGAN
United States District Judge